NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM SIMMERMAN and BARBARA SIMMERMAN, h/w,<br><br>Plaintiffs,<br><br>v.<br><br>EIC ASSOCIATES,<br><br>Defendant. | Civil Action No.: 15-3607<br><br>**ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on Plaintiffs' motion to remand this case to state court. (ECF No. 12.) On September 11, 2015, Magistrate Judge Falk issued a Report and Recommendation that Plaintiff's motion be granted. (ECF No. 22.) No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Falk's Report and Recommendation, and for substantially the same reasons stated therein;

IT IS on this 29 day of September, 2015

**ORDERED** that this Court adopts Judge Falk's September 11, 2015 Report and Recommendation that Defendant's motion be granted.

**IT IS SO ORDERED.**

HON. CLAIRE C. CECCHI
United States District Judge